IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUSTIN BURTON LANE,
      Plaintiff,

v.                                 Case No. 5:11cv338/MP/CJK

W. PATRICK, et al.,
      Defendants.

## REPORT AND RECOMMENDATION

      This cause is before the Court upon referral from the Clerk. On November 21, 2011, the Court entered an order requiring plaintiff to pay the $350.00 filing fee or correct the deficiency in his *in forma pauperis* application by filing a current prisoner consent form, within thirty days. (Doc. 5). Plaintiff was warned that failure to do so would result in dismissal of this case. To date, plaintiff has not complied with the order, and has not responded to the Court's January 9, 2012 order (doc. 6) requiring him to show cause, within fourteen days, why this case should not be dismissed.

      Accordingly, it is respectfully RECOMMENDED:

      1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

Case 5:11-cv-00338-MP-CJK   Document 7   Filed 02/02/12   Page 2 of 2

*Page 2 of 2*

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 2nd day of February, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).