**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JUSTIN BURTON LANE,

    Plaintiff,

v.                                                    CASE NO. 5:11cv338-MP-CJK

W. PATRICK, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 2, 2012. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This case is DISMISSED WITHOUT PREJUDICE for failure to comply with an order of the court. The Clerk is directed to close the file.

    **DONE and ORDERED** this 8th day of March, 2012.

                                       _s/ M. Casey Rodgers_
                                       **M. CASEY RODGERS
                                       CHIEF UNITED STATES DISTRICT JUDGE**